**FILED**

JAN 30 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE APPLICATION OF THE            )
UNITED STATES OF AMERICA FOR        )   MISC. NO. 13-1314
AN ORDER PURSUANT TO                )
18 U.S.C. § 2703(d) FOR PHONE       )
NUMBER 334-648-2934                 )

### ORDER TO UNSEAL

Having considered the Government's Motion for an Order to Unseal Application for Order Pursuant to 18 U.S.C. § 2703(d), (the "Government's Motion"), in connection with the above-captioned matter, and having found that unsealing the application, order, and the related government's Motion to Seal and Sealing Order is appropriate at this time because there is no longer a stated basis for the materials to be sealed, the Government's Motion is **HEREBY GRANTED**; it is further

**ORDERED** that the Application for Order Pursuant to 18 U.S.C. § 2703(d), the Court's Order, the government's Motion to Seal and the Order or Seal be unsealed.

_____
Deborah A. Robinson
United States Magistrate Judge

January 30, 2014

Copy to:	T. Patrick Martin
	Assistant United States Attorney
	National Security Section, Room 11-439
	D.C. Bar Number 471965
	United States Attorney's Office
	555 4th Street, N.W.
	Washington, D.C. 20530
	(202) 252-7398
	Thomas.Martin@usdoj.gov